UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN CARLYLE,            ) | |
|                            ) | |
|            Plaintiff,      ) | Case Number: |
|                            ) | 1:16-cv-02483-AT |
| v.                         ) | |
|                            ) | |
| BUCKHEAD COLLISION INC.,   ) | |
|                            ) | |
|            Defendant.      ) | |
|                            ) | |

# ORDER

This matter is before the Court on a Joint Motion for Review and Approval of the Parties' Settlement Agreement and Full and Final Release of All Claims as to Plaintiff Adrian Carlyle[1]. The Court finds that Plaintiff's claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Upon review of the proposed Settlement Agreement and Full and Final Release of All Claims, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1.   The Parties' Joint Motion for Review and Approval of Settlement Agreement and Full and Final Release of All Claims to Plaintiff Adrian Carlyle is

---

[1] It has come to the Court's attention that the correct spelling of Plaintiff's last name is "Carlisle."

**GRANTED**.

2. The Parties' Settlement Agreement and Full and Final Release of All Claims to Plaintiff Carlyle is **APPROVED**.

The Clerk is DIRECTED to close the case.

**IT IS SO ORDERED,** this 6th day of September, 2016.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE